CAA2Q * PROGRESS REPORT * 03-12-2008
PAGE 16:34:04

RSP OF: CAA CANAAN USP US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
3057 EASTON TURNPIKE
WAYMART, PA 18472
570 488-8000
NAME: ARDER, TRAVIS E REGNO: 04648-070 AGE(DOB): 38/[redacted]1969

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| | 03-12-2008 | |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER _X__ OTHER: __________

PRESENT SECURITY/CUSTODY LEVEL:
LOW /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21:841(A)(1); POSSESS WITD COCAINE BASE. 18:922(G)(1); POSS
OF A F/A BY A CONVICTED FELON.
188 MONTHS / 5 YEARS

18:924(C); USE & CARRY A F/A DURING AND IN RELATION TO A
DRUG TRAFFICKING CRIME.
60 MONTHS / 3 YEARS

DATE COMPUTATION BEGAN: 09-13-1999

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0 /0 /0 | 486 | M: 101 D: 29 + 256 JC - 0 INOP |

| PROJECTED RELEASE DATE: 12-31-2016 | PROJECTED RELEASE METHOD: GCT REL |
|---|---|

DETAINERS/PENDING CHARGES:
NONE ON FILE

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
CENTRAL FILE - SECTION TWO BP-CLASS-3

NAME: ARDER, TRAVIS E REGNO: 04648-070

## INSTITUTIONAL ADJUSTMENT

A. PROGRAM PLAN: Inmate Arder had his initial classification at USP Canaan on May 5, 2006. He was encouraged to enroll in educational programs and participate in recreation. His Unit Team also recommended that he earn good work evaluations, and maintain clear conduct

B. WORK ASSIGNMENTS: Inmate Arder is currently assigned to the job post of USP FPI Bindery, and has been consistently earning satisfactory work evaluations.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| CAA | USP BINDER | USP FPI BINDERY | 05-07-2007 | CURRENT |
| CAA | USP PLUMB | USP PLUMBING | 06-18-2006 | 05-07-2007 |
| CAA | USP UNASSG | USP UNASSIGNED | 05-19-2006 | 06-18-2006 |
| CAA | USP A&O | USP A&O | 05-10-2006 | 05-19-2006 |
| CAA | USP UNASSG | USP UNASSIGNED | 05-09-2006 | 05-10-2006 |
| CAA | SHU UNASSG | SHU UNASSG | 05-01-2006 | 05-09-2006 |
| PHX | HOLDOVER | HOLDOVER UNASSIGNED | 03-15-2006 | 04-14-2006 |
| SAF | UNICOR IV | UNICOR IV | 11-26-2005 | 03-15-2006 |
| SAF | CONVALES | CONVALESCENCE | 11-23-2005 | 11-26-2005 |
| SAF | UNICOR IV | UNICOR IV | 10-24-2005 | 11-23-2005 |
| SAF | FS PRODUC2 | PRODUCTION 2 | 05-25-2005 | 10-24-2005 |
| SAF | A & O | ADMISSION & ORIENTATION | 05-12-2005 | 05-20-2005 |
| PHX | HOLDOVER | HOLDOVER UNASSIGNED | 04-27-2005 | 05-12-2005 |
| LOS | A&O | ADMISSION & ORIENTATION | 04-26-2005 | 04-27-2005 |
| SHE | FCI FINISH | UNICOR - FINISH 1 | 04-25-2005 | 04-25-2005 |
| SHE | FCI VAC | FCI VACATION | 04-15-2005 | 04-25-2005 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Arder has been consistently enrolled in educational programs at USP Canaan. Inmate Arder is currently on a waiting list for classes in the Release Preparation Program(RPP).

## EDUCATION INFORMATION

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CAA | ESL HAS | ENGLISH PROFICIENT | 01-28-2000 0001 | CURRENT |
| CAA | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-05-2000 1132 | CURRENT |

## EDUCATION COURSES

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| CAA | 600HR HOME BUILDERS ASSOC PRG. | 08-21-2007 | 10-01-2007 | P | C | P | 600 |
| CAA | PERSONAL WELL BEING AND DIET. | 03-24-2007 | 06-26-2007 | P | C | P | 16 |
| CAA | CONVERSATIONAL SPANISH CLASS | 10-02-2006 | 01-24-2007 | P | W | V | 7 |
| SAF | CONVERSATIONAL SPANISH | 08-11-2005 | 09-29-2005 | P | C | P | 8 |
| SAF | RPP/HLT AIDS AWARE | 05-19-2005 | 05-19-2005 | P | C | P | 1 |

## HIGH TEST SCORES

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 45.0 | 08-15-1994 | ALM | PASS | CT |
| | LIT/ARTS | 47.0 | 08-15-1994 | ALM | UNK | CT |
| | MATH | 43.0 | 08-15-1994 | ALM | UNK | CT |
| | SCIENCE | 45.0 | 08-15-1994 | ALM | UNK | CT |
| | SOC STUDY | 48.0 | 08-15-1994 | ALM | UNK | CT |
| | WRITING | 44.0 | 08-15-1994 | ALM | UNK | CT |

NAME: ARDER, TRAVIS E REGNO: 04648-070

D. COUNSELING PROGRAMS: Arder has not yet participated in any organized counseling groups, however he utilizes his unit team on an as needed basis.

E. INCIDENT REPORTS:

---

UDC HEARING DATE/TIME: 11-02-2005 1400 INCIDENT DATE/TIME: 10-30-2005 1615
321 INTERFERING WITH TAKING COUNT - FREQ: 1
EXTRA DUTY / 15 HOURS / CS
COMP: LAW: TO BE COMPLETED BY 11-16-2005

F. INSTITUTIONAL MOVEMENT: (SENTRY WILL CAPTURE INMATE MOVEMENT)

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| CAA | A-DES | TRANSFER RECEIVED | 05-01-2006 |
| SAF | A-DES | TRANSFER RECEIVED | 05-12-2005 |

G. PHYSICAL AND MENTAL HEALTH: Inmate Arder is a Care Level 1 inmate assigned to regular duty status with the medical restriction of special diet required.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Inmate Arder has satisfied his financial obligation in the Inmate Financial Responsibility Program.

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 02-14-2002 |

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Arder was instructed to enroll in the Release Preparation Program thirty-six months prior to his release.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP NEEDS | RELEASE PREP PGM NEEDS | 12-20-1999 |

PRE-RELEASE PREP DATE: 06-30-2016

RESIDENCE: To be verified by USPO eighteen months prior to release.

EMPLOYMENT: To be established upon release.

USPO: District of Rhode Island

NAME: ARDER, TRAVIS E REGNO: 04648-070

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:

CURRENT CONVICTION FOR A CRIME OF VIOLENCE
PRIOR CONVICTION FOR A CRIME OF VIOLENCE
CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

( ) YES (X) NO

18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: ______________________________ CASE MANAGER 03-13-2008
F1/A1 UNIT J. DUNSTONE 8462

DATE TYPED: 03-13-2008

REVIEWED BY: ______________________________ UNIT MANAGER 03-13-2008
F1 UNIT K. LINDSAY 570-488-8300