CAA3G 540*23 * SENTENCE MONITORING * 06-07-2006
PAGE 001 * COMPUTATION DATA * 14:31:06
AS OF 06-07-2006

REGNO..: 04648-070 NAME: ARDER, TRAVIS E

FBI NO...........: 74798LA2 DATE OF BIRTH: [redacted]-1969
ARS1.............: CAA/A-DES
UNIT.............: F1 UNIT QUARTERS.....: F02-208U
DETAINERS........: NO NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-30-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 12-31-2016 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: RHODE ISLAND
DOCKET NUMBER...................: 1:99CR00004-001
JUDGE...........................: TORRES
DATE SENTENCED/PROBATION IMPOSED: 09-13-1999
DATE COMMITTED..................: 11-30-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $300.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: YES AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 381
OFF/CHG: 21:841(A)(1); POSSESS WITD COCAINE BASE. 18:922(G)(1); POSS
OF A F/A BY A CONVICTED FELON.

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 188 MONTHS
TERM OF SUPERVISION............: 5 YEARS
CLASS OF OFFENSE...............: CLASS B FELONY
DATE OF OFFENSE................: 12-31-1998

REMARKS.......: CT. 1 - 188 MONTHS W/ 5 YEARS SRT ← 706
CT. 3 - 120 MONTHS (CC) W/ 3 YEARS SRT.

G0002 MORE PAGES TO FOLLOW . . .

```
  CAA3G   540*23 *            SENTENCE MONITORING              *      06-07-2006
PAGE 002         *             COMPUTATION DATA                *      14:31:06
                               AS OF 06-07-2006

REGNO..: 04648-070 NAME: ARDER, TRAVIS E

-------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  130
OFF/CHG: 18:924(C); USE & CARRY A F/A DURING AND IN RELATION TO A
         DRUG TRAFFICKING CRIME.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS D FELONY   <- 599
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 12-31-1998

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-31-2002 AT SHE AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 09-13-1999
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   248 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    20 YEARS       8 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-1998

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    12-31-1998     09-12-1999




G0002        MORE PAGES TO FOLLOW . . .
```

```
  CAA3G  540*23 *            SENTENCE MONITORING            *      06-07-2006
PAGE 003 OF 003 *              COMPUTATION DATA             *      14:31:06
                              AS OF 06-07-2006

REGNO..: 04648-070 NAME: ARDER, TRAVIS E


TOTAL PRIOR CREDIT TIME.........: 256
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 972
TOTAL GCT EARNED................: 378
STATUTORY RELEASE DATE PROJECTED: 12-31-2016
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-30-2019


PROJECTED SATISFACTION DATE.....: 12-31-2016
PROJECTED SATISFACTION METHOD...: GCT REL
```

G00 TRANSACTION SUCCESSFULLY COMPLETED